FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

01 MAR 28 PM 3:49

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| AUNDREA McGRAW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | CIVIL ACTION NO. 99-BU-1449-S |
| | ) | |
| | ) | |
| DR. ADAM ROBERTSON, | ) | |
| | ) | |
| Defendant. | ) | |

ENTERED

MAR 28 2001

## MEMORANDUM OPINION

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation and the objections to the report and recommendation filed by the plaintiff. In his objections, the plaintiff states that, contrary to Dr. Robertson's declaration, he did tell Dr. Robertson that he was in great pain.[1] The plaintiff's statement that he told Robertson that he was in great pain will not, however, be considered by the court because, as the plaintiff was clearly informed in the report and recommendation entered September 11, 2000, and in the report and recommendation entered March 6, 2001, the plaintiff may not make new allegations or submit additional evidence through objections.[2] Even if the court were inclined to overlook the fact that the plaintiff never asserted that he told Robertson he was in

---

[1]Dr. Robertson further stated that his examination revealed that the lipoma was "neither red nor tender."

[2]The plaintiff amended his complaint more than once in this case but he never asserted that he told Robertson he was in great pain.

44

great pain until he filed his objections to the March 6, 2001 report and recommendation, that statement cannot be considered as summary judgment evidence because it was neither sworn to nor made under penalty of perjury.[3]

Wherefore, the court has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, the remaining defendant's motion for summary judgment is due to be granted and this complaint dismissed. An appropriate order will be entered.

DONE, this 28th day of March, 2001.

H. Dean Buttram, Jr.
United States District Judge

---

[3] The plaintiff was clearly instructed as to what constitutes summary judgment evidence.